UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

CASE NO:

CAPTAIN JANZ STAATS,
an individual,

       Plaintiff,

v.

M/Y PERSEVERANCE II, a 1996 37.5
meter Oceanfast Motor Yacht, St.
Vincent and the Grenadines Official
Number 5941, her engines, tackle,
rigging, dinghies, equipment, furniture,
boats, appurtenances, etc., *in Rem*,

       Defendant.
_____/

## VERIFIED COMPLAINT IN REM

COMES NOW, Plaintiff, CAPTAIN JANZ STAATS, pursuant to Rule C of the Local Admiralty and Maritime Rules, and hereby files this, his Verified Complaint in the above captioned action and sue the M/Y PERSEVERANCE II, a 1996 37.5 meter Oceanfast Motor Yacht, St. Vincent and the Grenadines Official Number 5941, her engines, tackle, rigging, dinghies, equipment, appurtenances, furniture, etc.*in rem* ("M/Y PERSEVERANCE II"), and as grounds thereof states as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff, CAPTAIN JANZ STAATS, is a citizen of the United States who was hired to serve as Captain of the M/Y PERSEVERANCE II.

2. Defendant M/Y PERSEVERANCE II is a 1996 37.5 meter motor Yacht registered in Saint Vincent and the Grenadines, Official Number 5941, It is presently located within the district,

1

at the Universal Marine Center, 2700 S.W. 25th Terrance, Fort Lauderdale, Florida 33312.

3. The M/Y PERSEVERANCE II is owned by the Marine Resources Development Foundation, a Florida non-profit organization, whose principal address is believed to be 51 Shoreland Drive, Key Largo, Florida, 33037-4752.

4. This is an action brought pursuant to the Federal Maritime Lien Act, 46 U.S.C. §31301, et seq. and 46 U.S.C. §31342, to foreclose a preferred maritime lien encumbering the M/Y PERSEVERANCE II, St. Vincent and the Grenadines Official Number 5941, for unpaid seaman's wages.

5. This Court has subject matter jurisdiction pursuant to 46 U.S.C. §31342.

6. Venue is proper as the Vessel is currently within the Southern District of Florida.

## GENERAL ALLEGATIONS

7. Plaintiffs re-allege and re-aver the allegations contained in Paragraphs 1-6 above as if fully set forth herein.

8. As a matter of background, CAPTAIN JANZ STAATS, also served as Captain of a Vessel called M/Y Golden Compass, which was previously owned by Golden Compass, LTD.

9. On or about March 15, 20015, Plaintiff, CAPTAIN JANZ STAATS, though his limited liability corporation, Staats Marine Services, LLC, entered into an Independent Contractor's Agreement for Crew Services with the owners of the M/Y Golden Compass. A copy of the agreement for the M/Y Golden Compass is attached hereto as **EXHIBIT "A."**

10. Shortly thereafter, both vessels were sold to Marine Resources Development Foundation.

11. On or about November 13, 2015, instead of executing a new Independent Contractor's Agreement for each vessel, Marine Resources Development Foundation, agreed to adopt the previous agreement for crew salaries and schedules. A copy of this agreement is attached as

2

**Exhibit "B."**

12. Per the agreement, Plaintiff, CAPTAIN JANZ STAATS, was to receive monthly compensation in the amount of $13,084.00 as well as 2.5 days of holiday per month.

13. Plaintiff received payments for his services through May 13, 2016. The payments were late, and he received May's compensation in July of 2016.

14. To date, Plaintiff, CAPTAIN JANZ STAATS, is owed $19,626.00 for three pay periods for Captains services provided to the M/Y PERSEVERANCE II as well as $5,450.00 for 12.5 days of holiday pay per the contract for a total of $25,076.00.

WHEREFORE, Plaintiff prays as follows:

A.  That all persons claiming any interest in the M/Y PERSEVERANCE II may be cited to appear and answer the matters aforesaid that that said Vessel may be condemned and sold to pay the demands aforesaid and to pay any other amounts to be paid to plaintiff;

B.  That the Maritime Liens on said Vessel be declared to be a valid and subsisting lien against said Vessel, superior to the interest, liens or claims of any and all persons, firms or corporations whatsoever, except such persons, firms or corporations as have preferred maritime liens over said Vessel;

C.  That all persons, firms and corporations claiming any interest in said vessel are forever barred and foreclosed of all right or equity of redemption or claim of, in, or to said liened vessel;

D.  That this Court shall direct the manner in which actual notice of the commencement of this suit shall be given by Plaintiff to the master, ranking officer or caretaker of said vessel, and to any persons, firms or corporations having interest therein;

E.  That judgment be entered for Plaintiff against the Defendant, M/Y PERSEVERANCE II, for wages due de in the total amount of $25,076.00, plus reasonable

attorney's fees, interest, costs and any other damages which may be recoverable by law.

F.   That the Vessel be condemned and sold to pay the demands aforesaid, together with all interest, costs, fees and expenses;

G.   That Plaintiff be authorized to credit bid all or part of his judgment at any Court ordered sale of the Vessel in lieu of cash;

H.   That the proceeds of the sale of the subject Vessel be disbursed and applied to pay the outstanding amounts due Plaintiff;

I.   That Plaintiff be awarded any other and further relief as this Court may deem just and proper.

Dated: September 1, 2016                           Respectfully submitted,

By: *s/ Robert D. McIntosh, Esq.*
    Robert D. McIntosh (FBN: 115490)
    rdm@mcintoshschwartz.com
    Adam B. Cooke (FBN: 0634182)
    acooke@mcintoshschwartz.com
    **McINTOSH SCHWARTZ P.L.**
    888 S.E. 3rd Avenue, Suite 201
    Fort Lauderdale, Florida 33316-1159
    Phone: (954) 660-9888
    Fax: (954) 760-9531
    Attorneys for Plaintiff

STATE OF FLORIDA        )
                        )SS
COUNTY OF BROWARD       )

## VERIFICATION

This 1st day of September, 2016, CAPTAIN JANZ STAATS, being duly sworn, deposes and states that:

1. My name is CAPTAIN JANZ STAATS. I am over the age of 18 and otherwise competent to execute this verification.

2. I make this verification based upon my own personal knowledge and the review of my own personal records.

3. I have read the foregoing Verified Complaint and that the allegations contained in the Verified Complaint in Intervention are true and correct.

_____
CAPTAIN JANZ STAATS

SWORN TO AND SUBSCRIBED before me this 1st day of September, 2016, by Captain Janz Staats. He is personally known to me or has produced _____ as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA

Notary Public State of Florida
Kimberly Brown
My Commission FF 041411
Expires 07/31/2017

(Print, Type or Stamp Commissioned Name of Notary Public)

5