# Exhibit B

| Position | Name | Monthly Salary |
|---|---|---|
| Captain | Janz Staats | $ 13,000.00 |
| Chief Engineer | Morice Williamson | $ 7,000.00 |
| 2nd Engineer | Norman Williams | $ 4,000.00 |
| Boson Mate | Matthew Vansickle | $ 4,000.00 |
| Deck Hand | Andrew Carr | $ 3,500.00 |
| Cook/Interior Maintenance | Lynn Nixon | $ 3,500.00 |
| The cook was being paid cash, all others were direct deposit. | | |
| Insurance was paid and 2.5 days holiday pay per month was accrued. | | |

It is agreed and understood that there will be no change in crew salary or schedule.

*[signature]*
MROP.