UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-62095-BLOOM/Valle
IN ADMIRALTY

CAPTAIN JANZ STAATS,
an individual,

    Plaintiff,

v.

M/Y PERSEVERANCE II, a 1996 37.5
meter Oceanfast Motor Yacht, St.
Vincent and the Grenadines Official
Number 5941, her engines, tackle,
Rigging, dinghies, equipment, furniture,
Boats, appurtenances, etc., *in Rem,*

    Defendant.
_____/
M/Y PERSEVERANCE II, a 1996 37.5
meter Oceanfast Motor Yacht, St.
Vincent and the Grenadines Official
Number 5941, her engines, tackle,
Rigging, dinghies, equipment, furniture,
Boats, appurtenances, etc., in Rem and
MARINE RESOURCES DEVELOPMENT
FOUNDATION, INC.

    Third Party Plaintiffs/Counter Defendants,

v.

JOHN JAFFE, an individual,

    Third Party Defendant/Counter Plaintiff.
_____/
UNIVERSAL MARINE CENTER, INC.,
a Florida Corporation,

    Intervenor Plaintiff,

v.

M/Y PERSEVERANCE II, a 1996 37.5
Meter Oceanfast Motor Yacht, St.
Vincent and the Grenadines Official

Number 5941, her engines, tackle,
Rigging, dinghies, equipment, furniture,
Boats, appurtenances, etc., *in Rem,* and
MARINE RESOURCES DEVELOPMENT
FOUNDATION, INC., *in personam*,

Intervenor Defendant.
_____/

## **CONSENT JUDGMENT IN FAVOR OF CAPTAIN JANZ STAATS**

**THIS CAUSE** is before the Court upon Plaintiff and Intervening Plaintiff's Notice of Settlement and Filing of Proposed Consent Judgments, ECF No. [97] ("Notice"). The parties have advised the Court that they have settled the case and that such settlement includes the entry of certain consent judgments attached to the Notice. *Id.* Therefore, by agreement of the parties, the Court hereby enters judgment in favor of CAPTAIN JANZ STAATS and against the M/Y PERSEVERANCE II, a 1996 32.16 meter Oceanfast Motor Yacht, St. Vincent and the Grenadines Official Number 5941, her engines, tackle, rigging, dinghies, equipment, furniture, boats, appurtenances, etc., *in Rem*[1] in the principal amount of $23,020.00, plus costs as defined by 28 USC. 1920[2] (to be taxed by separate motion), plus post judgment interest at the statutory rate provided in 28 U.S.C. § 1961. Upon the award of taxable costs, the parties shall submit a joint proposed order directing the disbursement of the funds held in the Trust Account of McIntosh Schwartz, P.L. The Court retains jurisdiction to enter an award of costs pursuant to 28 U.S.C. § 1920.

---

[1] The Vessel was sold via interlocutory sale and the funds presently held in the Trust Account of McIntosh Schwartz, P.L. constitute the *Res*.

[2] Costs shall include the $3,500.00 down payment made to the U.S. Marshal by Captain Janz Staats.

Case No. 16-cv-62095-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 16th day of August, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record